

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

## MEMORANDUM OPINION

No. 04-08-00777-CV

Bruce R. **KELLER**,
Appellant

v.

**KENDALL APPRAISAL DISTRICT** and Kendall District Appraisal Review Board,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 05-432
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:   February 25, 2009

DISMISSED

     Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. We, therefore, grant the motion and dismiss the appeal. See TEX. R. APP. P. 42.1(a)(1).

PER CURIAM